UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN M. HARRELL,

           Plaintiff,

    v.

MARTINEZ, et al.,

           Defendants.

Case No. 24-cv-03213-JD

**ORDER RE DISMISSAL**

Plaintiff, a detainee acting pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 22, 2024

_____
JAMES DONATO
United States District Judge